[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 386.]

THE STATE EX REL. RONAN, APPELLEE AND CROSS-APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLANTS AND CROSS-APPELLEES.

[Cite as *State ex rel. Ronan v. Indus. Comm.*, 1998-Ohio-56.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 97-2245—Submitted August 19, 1998—Decided October 14, 1998.)

APPEAL and CROSS-APPEAL from the Court of Appeals for Franklin County, No. 96APD06-812.

————————————

*Law Offices of Larry Hotchkiss* and *Scott A. Bravi; Law Office of Thomas Tootle* and *Thomas Tootle*, for appellee and cross-appellant.

*Betty D. Montgomery*, Attorney General, and *Craigg E. Gould*, Assistant Attorney General, for appellant and cross-appellee Industrial Commission.

*Gibson & Robbins-Penniman* and *Corrine S. Carman*, for appellant and cross-appellee city of Newark.

————————————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

MOYER, C.J., and COOK, J., dissent.

————————————